[No. 75017-8-I.   Division One.   March 6, 2017.]

WASHINGTON CAPITAL MORTGAGE, INC., *Respondent*, v. BRAVERN BUSINESSES, LLC, *Defendant*, EVAN BARIAULT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-29631-2, Julie A. Spector, J., entered March 30, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Dwyer, JJ.

[No. 75105-1-I.   Division One.   March 6, 2017.]

*In the Matter of the Marriage of* MICHELLE ROHTER, *Respondent*, and MICHAEL ROHTER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-3-02517-5, Millie M. Judge, J., entered March 22, 2016. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 75273-1-I.   Division One.   March 6, 2017.]

*In the Matter of the Parentage of* N.A.R.P.

HOLIDAY PALFREYMAN, *Appellant*, v. JAMES M. ROBLES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 12-5-01902-0, Richard D. Eadie, J., entered May 20, 2016. *Reversed in part* and *remanded* by unpublished opinion per Leach, J., concurred in by Cox and Mann, JJ.

[No. 76029-7-I.   Division One.   March 6, 2017.]

JULIE L. BRANNBERG, *Respondent*, v. JOSEPH G. BRANNBERG, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 15-2-30198-2, Christine Schaller, J., entered September 25, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Verellen, C.J., and Trickey, J.